NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1482
(Serial No. 09/822,261)

IN RE WILLIAM A. KNAUS and RICHARD D. MARKS

Appeal from the United States Patent and Trademark Office,
Board of Patent Appeals and Interferences.

- - - - - - - - - - - - - - - - - - - - - -

2009-1581
(Serial No. 09/816,152)

IN RE WILLIAM A. KNAUS and RICHARD D. MARKS

Appeal from the United States Patent and Trademark Office,
Board of Patent Appeals and Interferences.

ON MOTION

ORDER

Upon consideration of the unopposed motion to treat these cases as companion cases for purposes of oral argument,

IT IS ORDERED THAT:

The motion is granted. The cases will be argued consecutively before the same merits panel.

JAN 0 4 2010
_____
Date

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: James Remenick, Esq.
    Raymond T. Chen, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 0 4 2010

JAN HORBALY
CLERK